# EVELYN HARRIS (****1900)

## Loan Detail

| | | | | | |
|---|---|---|---|---|---|
| Loan ID: | | Balance: $13,279.11 | Pmt Account: 5925 | Originated: 03/17/2020 | [View all Loans] |
| Model: SC Title | | Principal: $8,964.34 | # of Pmts: 48 | Due Date: 05/17/2020 | |
| Status: Repossessed (CO)— | | Fees: $4,314.77 | Tags: | Late: 316 Days Late | |
| Sub-Status: None | | Earned Principal: $8,964.34 | | Last Full Payment: 05/11/2020 | |
| Store: 18372 TITLEMAX OF GREER, SC #2 | | Earned Fees: $4,314.77 | | Recent: 322 Days | |
| Parent Loan ID: 18------ | | | | Available Cash: ACV Required | |
| Assigned Collector: N/A | | | | | |

### Fees

| Fee Name | |
|---|---|
| Interest $5000.00–$10100.00 | 131.8800 % APR (Suspended) |
| Late Fee | 5.0000 % (Suspended) |

History | Contracts & Receipts | Notes | Letters & Documents

## Transaction History

[ Transaction Detail ]

| Date | Type | Prin | Fee | Discount | Change | Total | Balance |
|---|---|---|---|---|---|---|---|
| 03/17/2020 10:09 AM | New Loan | $8,964.34 | $0.00 | $0.00 | $0.00 | $8,964.34 | $8,964.34 |
| 03/17/2020 10:09 AM | Disburse to Customer - Universe Silver | $0.00 | $0.00 | $0.00 | $0.00 | $977.00 | $8,964.34 |
| 03/17/2020 10:09 AM | Paid on Account | $0.00 | $0.00 | $0.00 | $0.00 | $7,987.34 | $8,964.34 |
| 04/28/2020 10:05 AM | Interest - Interest | $0.00 | $1,360.36 | $0.00 | $0.00 | $1,360.36 | $10,324.70 |
| 04/28/2020 10:05 AM | Right to Cure | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,324.70 |
| 04/28/2020 12:25 PM | Payment - Bank Card | $0.00 | ($500.00) | $0.00 | $0.00 | $500.00 | $9,824.70 |
| 05/09/2020 11:04 AM | Interest - Interest | $0.00 | $356.28 | $0.00 | $0.00 | $356.28 | $10,180.98 |
| 05/09/2020 11:04 AM | Payment - Bank Card | $0.00 | ($488.00) | $0.00 | $0.00 | $488.00 | $9,692.98 |
| 05/11/2020 6:00 PM | Interest - Interest | $0.00 | $64.78 | $0.00 | $0.00 | $64.78 | $9,757.76 |
| 05/11/2020 6:00 PM | Payment - Bank Card | $0.00 | ($6.44) | $0.00 | $0.00 | $6.44 | $9,751.32 |
| 06/28/2020 12:04 AM | Late Fee - Late Fee | $0.00 | $18.00 | $0.00 | $0.00 | $18.00 | $9,769.32 |
| 07/18/2020 2:06 PM | Interest - Interest | $0.00 | $2,202.49 | $0.00 | $0.00 | $2,202.49 | $11,971.81 |
| 07/18/2020 2:06 PM | Set Repo | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,971.81 |
| 07/28/2020 12:05 AM | Late Fee - Late Fee | $0.00 | $18.00 | $0.00 | $0.00 | $18.00 | $11,989.81 |
| 08/16/2020 3:04 AM | Interest - Interest | $0.00 | $939.30 | $0.00 | $0.00 | $939.30 | $12,929.11 |
| 06/16/2020 3:04 AM | Charge Off | $0.00 | $0.00 | $0.00 | $0.00 | $12,929.11 | $12,929.11 |
| 03/21/2021 2:14 PM | Repossession | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,929.11 |
| 03/21/2021 2:14 PM | Repo Fee - Repo | $0.00 | $350.00 | $0.00 | $0.00 | $350.00 | $13,279.11 |
| 03/21/2021 2:14 PM | Notice to Sell | $0.00 | $0.00 | $0.00 | $0.00 | $12,929.11 | $13,279.11 |

"B"